USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-12-11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEXANDER S. ORENSHTEYN,

               Plaintiff,

v.

INTERNATIONAL BUSINESS MACHINES
CORPORATION,

               Defendant.

CIVIL ACTION NO. 02 CV 5074 (JFK) (RLE)

**JOINT PROPOSED REVISED SCHEDULING ORDER**

---

Pursuant to the Court's April 25, 2011 Order (D.I. 31) the parties to the above-titled action submit this Joint Proposed Revised Scheduling Order which modifies the Joint Case Management Statement and Order (D.I. 11).

**I.**    **Discovery and Scheduling (Rule 26(f)(3)(B))**

The parties have agreed to the following remaining pre-trial schedule:

| ACTION | OLD DEADLINE | PROPOSED DATE |
|---|---|---|
| Parties serve proposed claim construction statements | April 18, 2003 | July 15, 2011 |
| Parties serve rebuttal claim construction statements | May 2, 2003 | July 29, 2011 |
| Parties serve claim construction expert reports | May 30, 2003 | August 26, 2011 |
| Parties serve rebuttal claim construction expert reports | June 27, 2003 | September 30, 2011 |
| Depositions of Plaintiff's experts on claim construction to be completed between | July 21, 2003 – August 1, 2003 | October 21, 2011 – November 4, 2011 |
| Depositions of Defendant's experts on claim construction to be completed between | August 11, 2003 – August 22, 2003 | November 16, 2011 – December 1, 2011 |

| ACTION | OLD DEADLINE | PROPOSED DATE |
|---|---|---|
| Parties file and serve opening claim construction briefs | September 12, 2003 | December 16, 2011 |
| Parties file and serve rebuttal claim construction briefs on | October 3, 2003 | January 13, 2012 |
| Claim construction hearing to be scheduled on or after | November 21, 2003 | February 28, 2012 |
| Completion of fact discovery on liability issues | 45 days after Court's ruling on claim construction | 45 days after Court's ruling on claim construction |
| Parties serve expert reports relating to liability issues upon which a party bears the burden of proof | 30 days after close of fact discovery on liability issues | 30 days after close of fact discovery on liability issues |
| Opposition expert report relating to liability issues upon which a party bears the burden of proof | 30 days after the parties serve expert reports relating to the same | 30 days after the parties serve expert reports relating to the same |
| Reply expert reports relating to liability issues upon which a party bears the burden of proof | 15 days after the parties serve opposition expert reports relating to the same | 15 days after the parties serve opposition expert reports relating to the same |
| Deposition of Plaintiff's experts on liability may commence | 30 days after reply expert reports relating to liability issues and be completed 14 days thereafter | 30 days after reply expert reports relating to liability issues and be completed 14 days thereafter |
| Deposition of Defendant's experts on liability may commence | 14 days after completion of depositions of Plaintiff's experts and be completed 14 days thereafter | 14 days after completion of depositions of Plaintiff's experts and be completed 14 days thereafter |
| All expert discovery on liability issues to be completed | Upon completion of the depositions of Defendant's experts | Upon completion of the depositions of Defendant's experts |
| Defendant's assertion of reliance on opinion of counsel as defense to willful infringement | Within 14 days after the close of expert discovery on liability issues | Within 14 days after the close of expert discovery on liability issues |

| ACTION | OLD DEADLINE | PROPOSED DATE |
|---|---|---|
| Completion of all fact discovery on issues of damages and willful infringement | 60 days after close of expert discovery on liability issues | 60 days after close of expert discovery on liability issues |
| Plaintiff's expert reports on issues of damages and willful infringement | 30 days after close of facts discovery on such issues | 30 days after close of facts discovery on such issues |
| Opposition expert reports to be served | 30 days after Plaintiff's expert reports on issues of damages and willful infringement | 30 days after Plaintiff's expert reports on issues of damages and willful infringement |
| Reply expert reports | 15 days after opposition expert reports are served | 15 days after opposition expert reports are served |
| Deposition of Plaintiff's experts on damages and willful infringement may commence | 30 days after reply expert reports relating to such issues and be completed 14 days thereafter | 30 days after reply expert reports relating to such issues and be completed 14 days thereafter |
| Deposition of Defendant's experts on damages and willful infringement may commence | 14 days after completion of depositions of Plaintiff's experts and be completed 14 days thereafter | 14 days after completion of depositions of Plaintiff's experts and be completed 14 days thereafter |
| All expert discovery on damages and willful infringement issues to be completed | Upon completion of the depositions of Defendant's experts | Upon completion of the depositions of Defendant's experts |
| Case dispositive motions to be filed and served no later than | 45 days after the close of expert discovery on damages and willful infringement | 45 days after the close of expert discovery on damages and willful infringement |
| Motions *in Limine* to be filed and served | No later than 60 days after the deadline for filing case dispositive motions | No later than 60 days after the deadline for filing case dispositive motions |
| Pre-trial conference | November 3, 2003 | To Be Determined |

3

Dated: May 10, 2011

| | |
|---|---|
| /s/ Joseph J. Zito | /s/ Marc J. Pensabene |
| Joseph J. Zito | Marc J. Pensabene (MP 2795) |
| ZITO tlp | FITZPATRICK, CELLA, HARPER & SCINTO |
| 1250 Connecticut Avenue NW | 1290 Avenue of the Americas |
| Suite 200 | New York, NY 10104-3800 |
| Washington, DC 20036 | Telephone: (212) 218-2100 |
| (202) 466-3500 | Facsimile: (212) 218-2200 |
| | dcurry@fchs.com |
| Donald E. Creadore (DEC-8984) | mpensabene@fchs.com |
| 305 Broadway, 14th Floor | |
| New York, NY 10007 | *Attorneys for Defendant* |
| (212) 355-7200 | *International Business Machines Corporation* |

*Attorneys for Plaintiff*
*Alexander S. Orenshteyn*


SO ORDERED this 12 day of May, 2011

_____
John F. Keenan
United States District Judge

4

FCHS_WS 6319332v1.doc